PER CURIAM.

(No. 74-CC-198—Claimant )

MOLINE PUBLIC SCHOOLS, BOARD OF EDUCATION, DIST. NO. 40 By DR. THEODORE F. ROCKAFELLOW, Supt., Claimant, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed April 8, 1974.*

DR. THEODORE F. ROCKAFELLOW, for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.